IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

     Plaintiff,               No. CIV S-06-0730 DFL KJM

    vs.

SHEELA SHARMA,

     Defendants.        <u>ORDER</u>

_____/

     Plaintiff's motion for default judgment has been noticed for hearing on January 31, 2007.  As provided by Local Rule 78-230(h), the court has determined that the matter will be submitted on the papers without oral argument.  Upon review of the motion and the documents in support, no opposition having been filed, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

     Service on defendant Mohan Singh appears to be improper.  The service on this individually named defendant does not comply with Federal Rule of Civil Procedure 4(e)(1) or (2).  The court therefore will vacate the entry of default inasmuch as service of summons has not yet been properly effected.

     An answer was filed in this action on April 21, 2006.  It is not clear from this pro se pleading whether the answer is on behalf of all of the defendants or whether it was filed only

on behalf of defendant Sheela Sharma.  However, in the status report filed by plaintiff on June 7, 2006, plaintiff concedes that all named defendants have answered the complaint.  Accordingly, the court will also strike the entry of default against defendant Jaswinder Singh Sangha.

In addition to the defects noted above, the motion for default judgment was not served on any defendant.  Because the defendants in this action are proceeding in propria persona, it is incumbent upon plaintiff to serve a copy of any motion on the defendants and to file a proof of service.  See Federal Rule of Civil Procedure 5; Local Rule 5-135.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1.  The January 31, 2007 hearing on the motion for default judgment is vacated.

2.  The defaults entered September 19, 2006 are vacated.

3.  Plaintiff's motion for default judgment is denied without prejudice.

4.  The Clerk of Court is directed to serve a copy of this order on defendants Mohan Inderpal Singh and Jaswinder Singh Sangha at 8979 Brittany Park Drive, Sacramento, CA  95829.

DATED:  January 30, 2007.

_____
U.S. MAGISTRATE JUDGE

006
johnson-singh.def

2